

FILED

06/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0150

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0150

STATE OF MONTANA,

Petitioner and Appellee,

v.

PAMELA JO POLEJEWSKI,

Respondent and Appellant.

FILED

JUN 2 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed on June 18, 2021, this Court has determined that the brief does not comply with the subsections of Rule 12 referenced below, and therefore must be resubmitted. Accordingly,

IT IS ORDERED that the referenced brief is rejected and must be revised to include:

1. A statement of the issues presented for review, pursuant to Rule 12(1)(b).

2. A statement of the case that explains the procedural background relevant to the issues presented for review, pursuant to Rule 12(1)(c).

3. A statement of the facts relevant to the issues presented for review, pursuant to Rule 12(1)(d).

4. A standard of review as to each issue raised, pursuant to Rule 12(1)(e).

5. A summary of the argument containing a "succinct, clear, and accurate statement of the arguments made in the body of the brief," pursuant to Rule 12(1)(f).

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 22nd day of June, 2021.

For the Court

_____
Justice